STATE OF CONNECTICUT *v.* KEITH LAWS

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 276 (AC 12860), is denied.

*G. Douglas Nash,* public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided June 13, 1995

STATE OF CONNECTICUT *v.* JASON TAYLOR

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 464 (AC 13827), is denied.

*Louis S. Avitabile,* in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided June 13, 1995

DOROTHY M. BAKER *v.* DAVID P. CORDISCO

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 515 (AC 12612), is denied.

*Laurence V. Parnoff,* in support of the petition.

*Michael S. Lynch,* in opposition.

Decided June 13, 1995